# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| EDIT IDALIA TROCHEZ SANCHEZ, and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>NESTOR CHAYELE and YOLANDA GOMEZ,<br><br>　　　　　　Defendants. | **16-CV-21975-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To:
NESTOR CHAYELE
11370 NW 68th Street
Doral, FL 33178

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　J.H. Zidell, Esq.
　　　　　　J.H. Zidell P.A.
　　　300 71ST Street, Suite 605
　　　Miami Beach, Florida 33141

　　　If you fail to respond, judgment by default will be ente[red against you for the relief demanded in] the complaint. You also must file your answer or motion with th[e court.]

**June 1, 2016**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| EDIT IDALIA TROCHEZ SANCHEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **16-CV-21975-Ungaro/Otazo-Reyes** |
| Plaintiffs, vs. | ) ) ) ) | |
| NESTOR CHAYELE and YOLANDA GOMEZ, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:
YOLANDA GOMEZ
11370 NW 68th Street
Doral, FL 33178

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be ent
the complaint. You also must file your answer or motion with



**SUMMONS**

**June 1, 2016**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court