UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21975-UU

EDIT IDALIA TROCHEZ SANCHEZ,

    Plaintiff,

v.

NESTOR CHAYELE, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR APPROVAL OF SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Review and Approve Settlement and Dismiss Action with Prejudice, D.E. 34, filed May 16, 2016.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. This action arises out of Plaintiff's employment with Defendants. Plaintiff filed his Complaint on June 1, 2016, alleging that Defendants failed to pay him overtime compensation, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"). D.E. 1. The parties have now reached a settlement and seek approval of their Settlement Agreement, attached as an exhibit to the Motion. D.E. 34-1.

The Court has reviewed the Settlement Agreement and finds it to be a fair and reasonable resolution of the parties' dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). The Court, however, passes no judgment on the enforceability of the agreement's non-disparagement and confidentiality provisions. *See* D.E. 34-1 ¶¶ 11, 12. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 34, is GRANTED; the Settlement Agreement, D.E. 34-1, is APPROVED and the case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of November, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record